**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Robert JOHNSON, also known as
Skinny Johnson, Defendant–
Appellant.**

No. 15–30447
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 21, 2016.

Maurice Edwin Landrieu, Esq., Assistant U.S. Attorney, Kevin G. Boitmann, Assistant U.S. Attorney, Diane Hollenshead Copes, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Autumn Alycia Town, Law Office of Autumn Town, New Orleans, LA, for Defendant–Appellant.

Before HIGGINBOTHAM, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Robert Johnson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Johnson has filed a response, arguing that his guilty plea was not knowing and voluntary because he re-ceived the ineffective assistance of counsel. The record is sufficiently developed to allow us to make a fair evaluation of Johnson's claim of ineffective assistance of counsel. *See United States v. Higdon*, 832 F.2d 312, 314 (5th Cir.1987).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Johnson's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.